**Motion GRANTED and Order filed March 25, 2020.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00235-CV

———————

## IN RE ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 133rd District Court
### Harris County, Texas
### Trial Court Cause No. 2018-86632

---

### ORDER

On March 24, 2020, relator Allstate Fire and Casualty Insurance Company, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Jaclanel McFarland, Judge of the 133rd District Court, in Harris County, Texas, to set aside her order dated January 24, 2020, granting the motion to compel the deposition of relator's corporate representative entered in trial court

number 2018-86632, styled *Kristen Sanchez v. Allstate Fire & Casualty Insurance Company*.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On March 24, 2020, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the January 24, 2020 order entered in trial court cause number 2018-86632, *Kristen Sanchez v. Allstate Fire & Casualty Insurance Company,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Kristen Sanchez, the real party in interest, to file a response to the petition for writ of mandamus on or before April 7, 2020. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.